# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| Solutions From Science Inc., | ) | |
|    Plaintiff, | ) | Case No: 12 cv 50023 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Thomas Folser et al, | ) | |
|    Defendants. | ) | |

## **ORDER**

Motion hearing held on 7/10/2014.   Counsel for the Plaintiff and Defendants Tom Fosler and Greg Chambers appeared in person.    It is the Report and Recommendation of the Magistrate Judge that the District Judge grant the Plaintiff's motion [95] in part, and enter judgment of $15,000 against the Defendants Fosler and Chambers, jointly and severally, in the amount of $15,000, presently past due under paragraph 5 of the parties Consent Decree [93]. The parties shall file any objections to this report and recommendation by July 28, 2014.   The Court enters and continues the contempt proceeding to 8/14/2014 at 9:00 AM.to allow the parties to work on a resolution.

(:06)

Date:   July 11, 2014                                         /s/ Iain D. Johnston