IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Solutions From Science Inc., | ) | |
| Plaintiff | ) | Case No: 3:12 cv 50023 |
| v. | ) | |
| | ) | Judge: Philip G. Reinhard |
| Thomas Fosler et al., | ) | |
| Defendants | ) | |

# **ORDER**

On 7/10/2014, Magistrate Judge Johnston entered a report and recommendation [98] that the court grant plaintiff's motion [95] in part, and enter judgment against defendants Fosler and Chambers, jointly and severally, in the amount of $15,000, presently past due under paragraph 5 of the Consent Decree [93] entered in this case. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. Plaintiff's motion [95] is granted in part. Judgment is entered in favor of plaintiff and against defendants, Fosler and Chambers, jointly and severally, in the sum of $15,000.

Date: 7/29/2014

*Philip G. Reinhard*
Philip G. Reinhard, U.S. District Judge